# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 13-728-PSG (MANx) | Date | December 11, 2013 |
|---|---|---|---|
| Title | *Vahan Eksouzian, et al. v. Brett Albanese, et al.* | | |

============================================================================

| Present: The Honorable | MARGARET A. NAGLE, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| E. Carson | CS |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Kevin I. Shenkman | Daniel C. DeCarlo |
| | Robert M. Collins |

**Proceedings:**   Defendants' Motion To Compel Further Responses To Requests For Production Of Documents, Set One And Interrogatories, Set One; And Request For Sanctions In The Amount Of $9,625.00 ("Defendants' Motion") [Docket No. 37]

The case is called. Kevin I. Shenkman, of Shenkman and Hughes, appears on behalf of plaintiffs. Daniel C. DeCarlo and Robert M. Collins, of Lewis Brisbois Bisgaard and Smith LLP, appear on behalf of defendants.

The Court hears argument regarding Defendants' Motion. Defendants' Motion is GRANTED, in part, and DENIED, in part. The Court directs defense counsel to prepare a draft proposed Order that accurately reflects the Court's rulings, which shall be submitted to plaintiffs' counsel for review by no later than 5:00 p.m. on December 12, 2013. Plaintiffs' response to the draft proposed Order is due by no later than 11:00 a.m. on December 17, 2013. The final proposed Order, or competing versions thereof if necessary, shall be lodged with the Court by 2:00 p.m. on December 18, 2013.

By no later than 3:00 p.m. on December 18, 2013, plaintiffs shall file a supplemental memorandum and supporting declaration(s) regarding the necessity for, and legal precedent that supports, protection of the names of the retailers and distributors with which plaintiffs do business. Defendants' response, if any, is due by no later than 3:00 p.m. on December 20, 2013.

The Court schedules a follow-up telephone conference for 10:00 a.m. on December 27, 2013. The Court will initiate the call with counsel. Counsel shall notify the Court Clerk via email at earlene_carson@cacd.uscourts.gov of the telephone number at which counsel may be contacted for the conference call.

| Case No. | CV 13-728-PSG (MANx) | Date | December 11, 2013 |
|---|---|---|---|
| Title | *Vahan Eksouzian, et al. v. Brett Albanese, et al.* | | |

========================================================================

Pending the December 27, 2013 follow-up telephone conference, defendants' request for sanctions will stand submitted.

**IT IS SO ORDERED.**

cc: All parties of record

                                                                                                                     2 : 02

Initials of Preparer                        efc