# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 13-728-PSG (MANx) | Date | May 13, 2014 |
|---|---|---|---|
| Title | *Vahan Eksouzian, et al. v. Brett Albanese, et al.* | | |

===================================================================

| Present: The Honorable | MARGARET A. NAGLE, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| E. Carson | CS |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Kevin I. Shenkman | Robert M. Collins |

**Proceedings:**

1. Plaintiffs' Motion To Compel The Production Of Documents, And For Sanctions Of At Least $4,400 ("Plaintiffs' Motion #1") [Docket #69]

2. Plaintiffs' Motion To Compel Further Responses To Requests For Production of Documents Nos. 22, 25, 35 And 42-49, And For Sanctions Of At Least $6,050 ("Plaintiffs' Motion #2") [Docket #70]

3. Plaintiffs' Motion To Compel Further Responses To Interrogatories 17 And 18, And For Sanctions Of At Least $3,300 ("Plaintiffs' Motion #3") [Docket #71]

The case is called. Kevin I. Shenkman, of Shenkman and Hughes, appears on behalf of plaintiffs. Robert M. Collins, of Lewis Brisbois Bisgaard and Smith LLP, appears on behalf of defendants.

The Court hears argument regarding Plaintiffs' Motion #3 [Docket #71] and GRANTS the same for the reasons recited on the record. The Court ORDERS the defendants to provide supplemental responses to Interrogatories Nos. 17 and 18, without objections. The Court DENIES, without prejudice, plaintiffs' request for the award of reasonable attorney fees and costs incurred in bringing Plaintiffs' Motion #3, finding that, under the circumstances, such an award would be inappropriate and unjust at this time.

With regard to Plaintiffs' Motions #1 and #2, the Court hears argument and takes these Motions under submission. The Court will reserve ruling on these Motions until after the continued telephonic hearing set for 12:30 p.m. on Thursday, June 5, 2014. In the interim, plaintiffs' counsel shall provide to defense counsel a meet and confer letter, which shall set forth the alleged deficiencies in the production of documents responsive to the discovery requests in issue

| Case No. | CV 13-728-PSG (MANx) | Date | May 13, 2014 |
|---|---|---|---|
| Title | *Vahan Eksouzian, et al. v. Brett Albanese, et al.* | | |

===========================================================================

by no later than Sunday, May 18, 2014.  Defendants' response to that letter shall be provided to plaintiffs' counsel by no later than Thursday, May 23, 2014.  Counsel shall meet and confer telephonically regarding the alleged deficiencies in the document production by no later than 4:00 p.m. on Tuesday, May 27, 2014.  Production of supplemental documents shall be completed by Tuesday, June 3, 2014.

The Court will initiate the call with counsel for the June 5, 2014 telephonic conference.  Counsel shall provide their contact telephone numbers to the Court Clerk via email at earlene_carson@cacd.uscourts.gov.

IT IS SO ORDERED.


cc: All parties of record


|  |  | 1 : 15 |
|---|---|---|
|  | Initials of Preparer | efc |