KEVIN I. SHENKMAN (SBN 223315)
  kshenkman@shenkmanhughes.com
**SHENKMAN & HUGHES**
28905 Wight Rd.
Malibu, California 90265
(310) 457-0970

Attorneys for Plaintiffs and Counter-Defendant

DANIEL C. DECARLO (SBN 160307)
  Dan.DeCarlo@lewisbrisbois.com
ROBERT M. COLLINS (SBN 254915)
  Robert.Collins@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 N. Figueroa St., Suite 1200
Los Angeles, California 90012
(213) 250-1800

Attorneys for Defendants BRETT ALBANESE and CLOUD VAPEZ, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VAHAN EKSOUZIAN, an individual; CLOUD V ENTERPRISES, a California corporation; and VAPE A CLOUD, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BRETT ALBANESE, an individual; CLOUD VAPEZ, INC. a California corporation; and DOES 1 through 100.<br><br>Defendants. | CASE NO. CV-13-00728 PSG (MANx)<br>*The Honorable Philip S. Gutierrez*<br><br>**STIPULATION FOR ORDER OF DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)** |

AND RELATED COUNTERCLAIMS

4829-0230-2492.1

STIPULATION

Plaintiffs VAHAN EKSOUZIAN; CLOUD V ENTERPRISES and VAPE A CLOUD, INC. ("Plaintiffs"), Defendants BRETT ALBANESE and CLOUD VAPEZ, INC. ("Defendants"), and Counter-defendant MOHAMMED NURHUSSEIN (together with Plaintiffs and Defendants, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

**IT IS HEREBY STIPULATED** between and among the Parties hereto, by and through their respective counsel of record, that all of the claims asserted by Plaintiffs against Defendants be dismissed without prejudice pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii).

**IT IS FURTHER STIPULATED** between and among the Parties hereto, by and through their respective counsel of record, that all of the claims asserted by Defendants against Plaintiffs and against Counter-Defendant Mohammed Nurhussein be dismissed without prejudice pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii).

IT IS FURTHER STIPULATED that the terms of the Parties Confidential Settlement Agreement, attached as Exhibit "A", and filed under seal herewith be incorporated in this Court's dismissal order, and this Court retain jurisdiction to enforce the Settlement Agreement.

Each side shall bear their own attorneys' fees and costs in connection with the above-captioned case, except insofar as provided by the Settlement Agreement.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: July 29, 2014 | DANIEL C. DECARLO |
| 2 | | ROBERT M. COLLINS |
| | | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 3 | | |
| 4 | | |
| 5 | | By: /s/ Daniel DeCarlo |
| | | Daniel C. DeCarlo |
| 6 | | Attorneys for Defendants BRETT ALBANESE and CLOUD VAPEZ, INC. |
| 7 | DATED: July 29, 2014 | KEVIN I. SHENKMAN |
| 8 | | SHENKMAN & HUGHES |
| 9 | | |
| 10 | | By: /s/ Kevin Shenkman |
| | | Kevin I. Shenkman |
| 11 | | Attorneys for Plaintiffs VAHAN EKSOUZIAN; CLOUD V |
| 12 | | ENTERPRISES, INC. and VAPE A CLOUD, INC., and Counter-Defendant |
| 13 | | Mohammed Nurhussein |

# EXHIBIT A

4848-2811-7252.1

# DOCUMENT FILED UNDER SEAL PURSUANT TO LOCAL RULE 79.5