| | |
|---|---|
| KEVIN I. SHENKMAN (SBN 223315)<br>  kshenkman@shenkmanhughes.com<br>**SHENKMAN & HUGHES**<br>28905 Wight Rd.<br>Malibu, California 90265<br>(310) 457-0970 | E-FILED 8/6/14<br><br>JS-6 |

Attorneys for Plaintiffs and Counter-Defendant

DANIEL C. DECARLO (SBN 160307)
  Dan.DeCarlo@lewisbrisbois.com
ROBERT M. COLLINS (SBN 254915)
  Robert.Collins@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 N. Figueroa St., Suite 1200
Los Angeles, California 90012
(213) 250-1800

Attorneys for Defendants BRETT ALBANESE and CLOUD VAPEZ, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VAHAN EKSOUZIAN, an individual; CLOUD V ENTERPRISES, a California corporation; and VAPE A CLOUD, INC., a California corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>BRETT ALBANESE, an individual; CLOUD VAPEZ, INC. a California corporation; and DOES 1 through 100.<br><br>    Defendants. | CASE NO. CV-13-00728 PSG (MANx)<br>*The Honorable Philip S. Gutierrez*<br><br>**[PROPOSED]** **ORDER OF DISMISSAL** |

AND RELATED COUNTERCLAIMS

4829-3874-0764.1

Pursuant to the Stipulation of all parties,

IT IS HEREBY ORDERED THAT:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs' claims are dismissed without prejudice;

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(c), Defendants' counterclaims are dismissed without prejudice;

3. The parties' CONFIDENTIAL settlement agreement, attached as Exhibit A to the Stipulation for Order of Dismissal filed on July 30, 2014, shall be kept confidential and under seal and is incorporated in this Order, and this Court shall retain jurisdiction to enforce the Settlement Agreement; and

4. Each side shall bear their own attorneys' fees and costs in connection with the above-captioned case, except insofar as provided by the Settlement Agreement.

Dated: __8/6/14__                    PHILIP S. GUTIERREZ
                                     _____
                                     Hon. Philip S. Gutierrez
                                     United Stated District Court Judge