# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 13-728-PSG (MANx) | Date | September 23, 2014 |
|---|---|---|---|
| Title | Vahan Eksouzian, et al. v. Brett Albanese, et al. | | |

==========================================================================

| Present: The Honorable | MARGARET A. NAGLE, UNITED STATES MAGISTRATE JUDGE |
|---|---|
| E. Carson | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Kevin I. Shenkman | Robert M. Collins |

**Proceedings:**   Telephone Conference re Settlement Disputes

Kevin I. Shenkman, of Shenkman and Hughes, appears telephonically on behalf of plaintiffs. Robert M. Collins, of Lewis Brisbois Bisgaard and Smith LLP, appears telephonically on behalf of defendants.

The Court confers with counsel, off the record, regarding settlement disputes.

The Court schedules a follow-up telephone conference for 1:00 p.m. on October 1, 2014, to discuss all outstanding settlement disputes. Counsel shall provide their contact telephone numbers to the Court Clerk via email at earlene_carson@cacd.uscourts.gov.

cc: All parties of record

|  | : | 25 |
|---|---|---|
| Initials of Preparer | | efc |