UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-00728-PSG (MANx) | Date | July 24, 2015 |
|---|---|---|---|
| Title | Vahan Eksouzian, et al., v. Brett Albenese, et al. | | |

| Present: The Honorable | MARGARET A. NAGLE, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| Mel Zavala | CS 7/24/15 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Kevin I Shenkman | Daniel C. DeCarlo<br>Robert Collins |

**Proceedings:**     PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT ("MOTION")

The case is called.  Kevin I. Shenkman, of Shenkman & Hughes, appears on behalf of plaintiffs.  Daniel C. DeCarlo and Robert Collins, of Lewis Brisbois Bisgaard & Smith LLP, appear on behalf of defendants.

The Court hears argument on the Motion, which is taken under submission.

   5   :   35

Initials of Preparer   MZ