Vahan Eksouzian
c/o SHENKMAN & HUGHES
28905 Wight Rd.
Malibu, California 90265

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vahan Eksouzian, et al. | CASE NUMBER: |
| | CV-**13-00728 PSG (AJWx)** |
| Plaintiff(s) | |
| v. | |
| Brett Albanese, et al. | **WRIT OF EXECUTION** |
| Defendant(s) | |

**TO:  THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA**

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On <u>October 23, 2015</u> a judgment was entered in the above-entitled action in favor of:

Vahan Eksouzian

as Judgment Creditor and against:

Brett Albanese, an individual, Cloud Vapez, Inc., a California corporation, and Full Circle Enterprises LLC, a California limited liability company, jointly and severally

as Judgment Debtor, for:

| | | |
|---|---:|---|
| $ | 0.00 | Principal, |
| $ | 104,842.50 | Attorney Fees, |
| $ | 0.00 | Interest **, and |
| $ | 0.00 | Costs, making a total amount of |
| $ | **104,842.50** | **JUDGMENT AS ENTERED** |

**\*\*NOTE:  JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.**

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment **in the Central**_____ **District of California**_____, to wit:

$ _____ 0.00 accrued interest, and

$ _____ 0.00 accrued costs, making a total of

$ _____ **0.00 ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $ 0.00_____which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ _____ 104,866.44 **ACTUALLY DUE** on the date of the issuance of this writ of which

$ _____ 104,842.50 Is due on the judgment as entered and bears interest at .23_____ percent per annum, in the amount of $ 0.66_____ per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT

Dated: _12 - 3 - 15_

By: _____

Deputy Clerk

1149

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

```
Brett Albanese
c/o Daniel C DeCarlo
Lewis Brisbois Bisgaard & Smith LLP
633 West Fifth Street Suite 4000
Los Angeles, CA 90071
```

```
Cloud Vapez, Inc.
[c/o Daniel C DeCarlo
Lewis Brisbois Bisgaard & Smith LLP
633 West Fifth Street Suite 4000
Los Angeles, CA 90071
```

```
Full Circle Enterprises LLC
[c/o Daniel C DeCarlo
Lewis Brisbois Bisgaard & Smith LLP
633 West Fifth Street Suite 4000
Los Angeles, CA 90071
```

## NOTICE TO THE JUDGMENT DEBTOR

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.

**WRIT OF EXECUTION**