E-FILED 10/19/16
JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VAHAN EKSOUZIAN, an individual; CLOUD V ENTERPRISES, a California corporation; and VAPE A CLOUD, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BRETT ALBANESE, an individual; CLOUD VAPEZ, INC. a California corporation; and DOES 1 through 100.<br><br>Defendants. | CASE NO. CV-13-00728 PSG (MANx)<br>*The Honorable Philip S. Gutierrez*<br><br>**[~~PROPOSED~~] ORDER ENTERING JUDGMENT PURSUANT TO THE STIPULATION OF THE PARTIES FILED ON OCTOBER 17, 2016** |

1  Having considered the Stipulation for Entry of Judgment filed on October 17,
2  2016, including the Security Agreement attached thereto, and finding good cause for
3  entry of judgment as specified in the Stipulation for Entry of Judgment,
4
5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED,
6  that judgment shall be entered in this case consistent with the Stipulation for Entry
7  of Judgment filed on October 17, 2016.
8
9  IT IS SO ORDERED.
10
11  DATED: __10/19/16__

By: __PHILIP S. GUTIERREZ__
The Honorable Philip S. Gutierrez
United States District Court Judge